No. D–1952.   IN RE DISBARMENT OF STEWART.   Hudson Cary Stewart, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1953.   IN RE DISBARMENT OF CHITTIM.   Clayton A. Chittim, Jr., of Grandview, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1954.   IN RE DISBARMENT OF WILLIAMS.   Ricky Edwin Williams, of Tampa, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–65.   ANTI-MONOPOLY, INC. v. HASBRO, INC.; and
No. M–71.   IN RE DOE.   Motions for leave to file petitions for writs of certiorari under seal denied.

No. M–72.   MARSHALL v. FEDERAL EXPRESS.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 96–1693.   HOPKINS, WARDEN v. REEVES.   C. A. 8th Cir. [Certiorari granted, 521 U. S. 1151.]   Motion of respondent for leave to file a supplemental brief after argument granted.

No. 96–8732.   EDWARDS ET AL. v. UNITED STATES.   C. A. 7th Cir. [Certiorari granted, 522 U. S. 931.]   Motion of petitioner Joseph Tidwell to reconsider order denying certiorari on Question 2 [522 U. S. 931] denied.

No. 97–918.   LOVILIA COAL CO. ET AL. v. HARVEY ET AL., ante, p. 1059.   Motion of respondent Harvey for attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Eighth Circuit.   Motion of petitioners to defer consideration of motion for attorney's fees denied.